# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **TONY CHARLES** | **CIVIL ACTION NO. 23-cv-784** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BILLY JOE HARRINGTON ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 32] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 4] filed by Defendants, Friends All United for Natchitoches Animals ("FAUNA"), Juanita Murphy ("Murphy"), Dexter Martin ("Martin"), Melissa Cloutier ("Cloutier"), and Antonio Conday ("Conday") (collectively "Defendants") is **GRANTED** and Plaintiff Tony Charles' ("Charles") Complaint [Doc. No. 1] against said Defendants is **DENIED and DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 16] filed by Defendants, Sheriff Stuart Wright, individually and in his official capacity as Sheriff of Natchitoches Parish ("Sheriff Wright"), Adam Llorance, ("Llorance "), and Joe Solomon ("Solomon") (collectively "Defendants") is **GRANTED**

and Plaintiff Tony Charles' Complaint [Doc. No. 1] against said Defendants is **DENIED and DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 14] filed by Defendant Natchitoches Parish District Attorney Billy Joe Harrington ("Harrington") is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** at Monroe, Louisiana, this the 28th day of February 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE